UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN,

    Petitioner,

vs.

JOE McGRATH, Warden,

    Respondent.

No. C 04-4069 PJH (PR)

**ORDER DENYING PETITIONER'S MOTIONS FOR INTERLOCUTORY INJUNCTION AND LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

This is a habeas case filed pro se by a state prisoner. Plaintiff filed a notice of appeal directed to an interlocutory order. The appeal was dismissed by the United States Court of Appeals for the Ninth Circuit for lack of jurisdiction. The mandate issued on December 29, 2011. Plaintiff's motions "for interlocutory injunction" (document number 38 on the docket) and for leave to proceed in forma pauperis on appeal (document number 43), both of which relate only to the attempted appeal, are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: January 10, 2012.

                      PHYLLIS J. HAMILTON
                      United States District Judge

P:\PRO-SE\PJH\HC.04\COLEMAN069.appeal motions.wpd